**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**ANTHONY MIGUEL QUINONES,**

        **Plaintiff,**

    v.                              CASE NO. 21-3252-SAC

**CORECIVIC,**

        **Defendant.**

## ORDER OF DISMISSAL

This matter is a civil action filed by a person held at the CoreCivic Detention Facility in Leavenworth, Kansas. On November 1, 2021, the court entered a Memorandum and Order to Show Cause (MOSC) directing plaintiff to show cause on or before December 1, 2021, why this matter should not be dismissed. Plaintiff was advised the failure to respond to the MOSC might result in the dismissal of this action without additional notice. Following the entry of the MOSC, the court granted leave to proceed in forma pauperis, and plaintiff submitted the initial partial filing fee.

Plaintiff did not respond to the MOSC. The court has reviewed the record and concludes this matter must be dismissed for the reasons explained in the MOSC.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed for failure to state a claim for relief.

**IT IS SO ORDERED.**

DATED: This 6th day of December, 2021, at Topeka, Kansas.

                                      S/ Sam A. Crow

                                      SAM A. CROW
                                      U.S. Senior District Judge